NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN BAGDADE,**
*Petitioner,*

**v.**

**OFFICE OF SPECIAL COUNSEL,**
*Respondent.*

---

2011-3087

---

Petition for review of the Merit Systems Protection Board in case no. CB1216090018-T-1.

---

## ON MOTION

---

## ORDER

John Bagdade moves to dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

MAR 1 7 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: David Eisenberg, Esq.
Katy M. Bartelma, Esq.

s21

Issued As A Mandate: __MAR 1 7 2011_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2011

JAN HORBALY
CLERK